I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 3-20-09

DEPUTY CLERK



# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

RAYMOND DOMINGUEZ,

    Petitioner,

v.

    Respondent.

Case No. EDCV 09-0548-JVS (MLG)

MEMORANDUM AND ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITH LEAVE TO AMEND

Petitioner, a California state prisoner, filed this petition for writ of habeas corpus on March 18, 2009. The petition suffers from the following deficiencies:

- The petition form does not name a respondent. The warden of the institution in which Petitioner is held is the appropriate respondent.
- The petition contains illegible writing in its presentation of the claims, including unidentifiable written material in the margins. The Court cannot ascertain what claims are being presented. The petition shall clearly and legibly state the claims raised in the appropriate spaces.

- The petition form is interspersed with state court pleadings and briefs. Those pleadings and briefs are not in numbered order. The Court is not required to sort a petition so that it is intelligible. Petitioner shall file the form petition intact, without interposing other written material. He need not file all state court pleadings as part of his Petition. If he chooses to do so, they shall be lodged as exhibits separate from the petition.

Based on the above-noted deficiencies, the petition is DISMISSED with leave to amend. Petitioner may file a "First Amended Petition" not later than 30 days from the date of this order. To that end, the Clerk is instructed to send to petitioner with this order a copy of the latest version of form Civ 69 - Petition for Writ of Habeas Corpus by a Person in State Custody, pen-changed to reflect "First Amended" Petition. Petitioner is advised that any memorandum in support of the petition is limited to 15 pages. **Petitioner is further advised that if he fails to file a First Amended Petition in accordance with the requirements of this order, the action will be subject to dismissal without further notice.**

Dated: March 19, 2009

Marc L. Goldman
United States Magistrate Judge

2