JS - 6/ENTER

**FILED** JUL 30 2009 CLERK, U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION AT SANTA ANA BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RAYMOND DOMINGUEZ,<br><br>    Petitioner,<br><br>v.<br><br>LARRY SMALLS, Warden,<br><br>    Respondent. | Case No. EDCV 09-00548-JVS (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: July 30, 2009

_____
James V. Selna
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 30 2009
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY